UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                     )
                                           )   Case No. 18-05648-RLM-7
    ADAM BARRETT LYKENS,            )
    JESSICA LEE LYKENS,             )
        Debtors.                    )

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **July 25, 2018**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **September 27, 2018**                    Signature **/s/ Adam Barrett Lykens**
                                                        **Adam Barrett Lykens,** Debtor

Date **September 27, 2018**                    Signature **/s/ Jessica Lea Lykens**
                                                        **Jessica Lea Lykens,** Joint Debtor

                                                        Attorney **/s/ D.J. Davis**
                                                        **D.J. Davis 20085-30**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been duly served by electronic filing this 27nd day of September, 2018 upon the following:

Richard E. Boston
rebch7@bbkcc.com;melaniec@bbkcc.com, reb@trustesolutions.net

D. Anthony Sottile on behalf of Creditor Home Point Financial Corporation
bankruptcy@sottileandbarile.com

U.S. Trustee

[ustpregion10.in.ecf@usdoj.gov](mailto:ustpregion10.in.ecf@usdoj.gov) [ustpregion10.in.ecf@usdoj.gov](mailto:ustpregion10.in.ecf@usdoj.gov)

*/s D.J. Davis*
D.J. Davis
Attorney for Debtor

D.J. Davis
Smith Davis LLC
P.O. Box 99
222 N. State St. Suite C
Greenfield IN  46140
(317) 477-2777